**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MYCHOICE, LLC, and<br>BARBOARDS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TAIV, INC.,<br><br>Defendant. | **C.A. No. 2:25-cv-01067-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS MYCHOICE, LLC AND BARBOARDS, LLC'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs MyChoice, LLC ("MyChoice") and BarBoards, LLC ("BarBoards") (collectively, "Plaintiffs") respectfully move to dismiss with prejudice all claims in this action.

Plaintiffs filed their Complaint in the above-captioned case on October 24, 2025. ECF No. 1. Defendant Taiv, Inc. has not yet filed an answer. Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is therefore proper because Plaintiffs' motion to dismiss comes before Taiv has served its answer.

Accordingly, for good cause shown, Plaintiffs respectfully request that the Court enter an order pursuant to Rule 41(a)(1)(A)(i) dismissing all claims from this Action with prejudice.

Dated: August 28, 2026

Respectfully submitted,

*/s/ M. Craig Tyler*
M. Craig Tyler
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Andrew Kalamarides
Texas State Bar No. 24136939
AKalamarides@perkinscoie.com
Helena E.D. Burns
Texas State Bar No. 24143961
HBurns@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Tel: (737) 256-6100

*Attorneys for Plaintiffs MyChoice, LLC and BarBoards, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served August 28, 2026 to all counsel of record, via the Court's CM/ECF system.

*/s/ M. Craig Tyler*
M. Craig Tyler